UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| TIMOTHY P. GALBREATH | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) Case No. 1:20-cv-_____ | |
| | ) | |
| O'DANIEL AUTOMART, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

Comes now Defendant, by counsel, and pursuant to 28 U.S.C§§ 1331, 1441, and 1446,
hereby files its "Notice of Removal" of the action styled *Timothy P. Galbreath v. O'Daniel
Automart, Inc.*, Case No 02D02-2101-CT-18, filed in the Superior Court for Allen County, the
State of Indiana (the "State Court Action").

In support of the "Notice of Removal", the Defendant states:

1.      On January 14, 2021, an action was commenced by Timothy P. Galbreath,
Plaintiff, against Defendant, O'Daniel Automart, Inc., in the Allen Superior Court.  The case was
assigned a Cause Number of 02D03-2101-CT-000018.   The Summons and Complaint were
served upon O'Daniel Automart, Inc. on or about January 25, 2021.   A copy of the Complaint
and Summons are attached as Exhibit "A" and Exhibit "B".

2.      On February 1, 2021, attorney Michelle K. Floyd filed her written Appearance on
behalf of the Defendant in the State Court action.  A copy of defense counsel's written
Appearance is attached as Exhibit "C".

3.      A copy of the Chronological Case Summary for the Allen Superior Court, Cause
No. 02D03-2101-CT-000018 is attached as Exhibit "D".

4.      This lawsuit is one over which this Federal District Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 ("Federal Question" Jurisdiction) and is one which may be removed to this Court by the Defendant pursuant to 28 U.S.C. §§ 1441 and 1446 (since it is a civil action arising under the Constitution, Laws, or Treaties of the United States).

5.      Plaintiff's Complaint seeks damages allegedly caused by supposed violations of the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 611 *et seq.* ("ADEA") and the Family Medical Leave Act of 1993, 29 U.S.C. § 2601 *et seq.* ("FMLA").

6.      Upon filing this "Notice of Removal", Defendant has paid the required filing fee of Four Hundred Dollars and No Cents ($400.00).

7.      This "Notice of Removal" is timely-filed in Federal District Court (as such filing is made within 30 days after receipt of the initial pleading/summons by the Defendant).

WHEREFORE, Defendant respectfully requests that the action now pending against it in the Allen Superior Court (under Cause No. 02D03-2101-CT-000018), be removed therefrom to this Court.

Respectfully submitted,

HUNT SUEDHOFF KALAMAROS LLP

/s/ Michelle K. Floyd_____
Michelle K. Floyd #29249-02
803 S. Calhoun Street, Suite 900
P.O. Box 11489
Fort Wayne, IN  46858-1489
(260) 423-1311
ATTORNEY FOR DEFENDANT

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of February, 2021, I electronically filed the foregoing with the

Clerk of the Court using the CM/CM/ECF system which sent notification of such filing to the following:

Christopher Myers
809 S. Calhoun Street, Suite 400
Fort Wayne, IN 46802


/s/ Michelle K. Floyd_____
Michelle K. Floyd

3