UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| TIMOTHY P. GALBREATH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:21-cv-00079-HAB-SLC |
| ) | |
| O'DANIEL AUTOMART, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION FOR DISMISSAL, WITH PREJUDICE

The Parties, by their respective counsel, stipulate and agree that the above-entitled cause may be dismissed "with prejudice," costs paid, as the matter has been fully resolved.

Respectfully submitted,

*/s/ Christopher C. Myers*
Christopher C. Myers, #10043-02
**MYERS LAW**
809 S. Calhoun Street, Suite 400
Fort Wayne, IN 46802
T: (260) 424-0600
E: cmyers@myers-law.com

*/s/ Michelle K. Floyd*
Michelle K. Floyd, #29249-02
**HUNT SUEDHOFF KEARNEY, LLP**
803 S. Calhoun Street, Suite 900
Fort Wayne, IN 46802
T: (260) 423-1311
E: mfloyd@hsk-law.com

1